UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DEL CORP** | **DOCKET NO. 6:23-CV-00936** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LYNX PRESSURE SOLUTIONS LLC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION previously filed herein [Doc. 25], and after considering the OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 26] thereto and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that, consistent with the REPORT AND RECOMMENDATION, Defendant, Ken Stevens's MOTION TO DISMISS [Doc. 15] is DENIED.

THUS, DONE AND SIGNED in Chambers this 13th day of October 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE